UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| OMAR MEDINA ALEJANDRO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 22-529 (UNA) |
| ) | |
| JOE BIDEN ) | |
| *U.S. President, et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

Plaintiff, appearing *pro se*, has filed a form Complaint for a Civil Case, ECF No. 1, and an application to proceed *in forma pauperis*, ECF No. 2. The Court will grant the application and dismiss the case.

Plaintiff is a resident of San Pedro, California, who has sued President Joe Biden and Vice President Kamala Harris. He wants, among other relief, "23 Million dollars upfront, today, or as soon as possible . . . 177 Million dollars," and for Biden and Harris "to step down[.]" Compl. at 4. Under Statement of Claim, Plaintiff writes:

> Joe and Kamala. The While House have gotten enough information on what is going on with me, and what people are doing to me for writing letters to The White House and to law enforcement. I got a death threat yesterday, while entering the USPS facility in San Pedro, CA: [I] found a 22 bullet near the entrance of the door to USPS facility. People are talking bad about me all night long to I waking up. I woke up to uncontrollable chills and panic attack, and I felt near death. I almost died today. I have the right to bring complaints on those that swear to uphold the US Constitution and to those that fail to live out duties to me. Time of near death 8:00 PM PST.

*Id*.

"[F]ederal courts are without power to entertain claims otherwise within their jurisdiction if," as here, "they are so attenuated and unsubstantial as to be absolutely devoid of merit, wholly insubstantial, [or] obviously frivolous[.]" *Hagans v. Lavine*, 415 U.S. 528, 536–37 (1974) (internal quotation marks and citations omitted). Consequently, this action will be dismissed. A separate order accompanies this Memorandum Opinion.

_____/s/_____<br>
AMIT P. MEHTA<br>
United States District Judge

Date: March 29, 2022